```
 1  GEORGE S. CARDONA
    Acting United States Attorney                    JS - 6
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
        United States Courthouse
 6      312 North Spring Street, 14th Floor
        Los Angeles, California 90012
 7      Telephone:  (213) 894-6166
        Facsimile:  (213) 894-7177
 8      E-mail: Steven.Welk@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CV 02-01798-CAS(CTx) |
| Plaintiff, | ) **[PROPOSED]** |
| v. | ) **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| REAL PROPERTY IN CHINO, CALIFORNIA, | ) |
| Defendant. | ) |
| FRANK P. ACOSTA, KELLI DAVIS PETERSON, fka KELLI DAVIS HUMPHREY, COUNTY OF SAN BERNARDINO, and COMMUNITY COMMERCE BANK, | ) |
| Claimants. | ) |

Plaintiff United States of America and claimants Frank P. Acosta and Kelli Davis Peterson have made a stipulated request

that this action be dismissed without prejudice so that the defendant property can be sold and the net proceeds of sale distributed to outstanding criminal restitution orders against claimants Acosta and Peterson.  The parties have stipulated as follows:

This civil forfeiture action arises from the same general facts as the the criminal actions entitled <u>United States v. Frank P. Acosta</u>, CR 02-390 (B) AHS, and <u>United States v. Kelli Anne Peterson</u>, CR 03-41 GPS.  Claimants Acosta and Peterson were convicted in the referenced criminal actions and ordered to pay restitution in the sums of $1,364,214.60 (Acosta) and $2,146,564.00 (Peterson).  Claimants Acosta and Peterson are the beneficial owners of the defendant real property.

Claimants County of San Bernardino and Community Commerce Bank hold secured interests in the defendant real property that are not sought to be forfeited by the government and are not challenged by claimants Acosta and Peterson.  The secured interest of the County of San Bernardino in the defendant real property was formally recognized in a stipulation and order entered in this action on May 2, 2002 (docket #19).  The secured interest of Community Commerce Bank in the defendant real property was formally recognized in a stipulation and order entered in this action on August 13, 2002 (docket # 30).  The orders recognizing these liens provided that the liens would be paid upon forfeiture and sale of the defendant real property.  The dismissal ordered herein will have no effect on the liens, which are to be paid out of the gross proceeds of the sale.

1  The government and claimants Acosta and Peterson have agreed
2  that the defendant real property should be sold and the net
3  proceeds that otherwise would be paid to claimants Acosta and
4  Peterson should be applied to the above-referenced restitution
5  orders.  The stipulating parties have further agree that the sale
6  of the defendant property and distribution of the proceeds of
7  sale to restitution are more efficiently handled through the
8  criminal cases by the Financial Litigation Unit of the U.S.
9  Attorney's Office.  The stipulating parties request that this
10 action be dismissed without prejudice so that the government may
11 proceed with the disposition of the property in the criminal
12 case(s).
13     Good cause appearing therefor, the request of the parties is
14 hereby GRANTED.  This action is hereby dismissed without
15 prejudice.  Each of the parties shall bear its own costs and
16 attorney fees associated with this civil forfeiture action.

DATED: November 12, 2009

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Prepared by:
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____/S/_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America